**Order filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00594-CR

———————

**JACK M. MANISCALCO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-056387**

## ORDER

Appellant is represented by retained counsel, Phillip Neal Slaughter. No reporter's record has been filed in this case. Karen Woolsey, the court reporter, informed this Court that appellant had not made arrangements for payment for the reporter's record. On August 25, 2011, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, **Phillip Neal Slaughter,** to file a brief in this appeal on or before **October 31, 2011**.

PER CURIAM